GEORGE M. DEPEW, Respondent, *v.* THE PECK HARDWARE COMPANY, Appellant.

*Depew* v. *Peck Hardware Co.,* 121 App. Div. 28, affirmed.
(Argued December 3, 1909; decided December 17, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered July 12, 1907, affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial in an action to recover damages alleged to have been

sustained by plaintiff through the sale to him by defendant of adulterated seed.

*Frank A. Christian* for appellant.

*Royal R. Scott* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WILLARD BARTLETT, HISCOCK and CHASE, JJ.